```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 06 B 03099
   CHERRESE L BARBER
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-2291


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/27/2006 and was confirmed 06/19/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  40.00%.

     The case was dismissed after confirmation 06/16/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                PAID           PAID
--------------------------------------------------------------------------------
CONSUMER PORTFOLIO SERV   SECURED           15851.75         2708.72         4661.33
ACC INTERNATIONAL         NOTICE ONLY       NOT FILED            .00             .00
ALLIED INTERSTATE         NOTICE ONLY       NOT FILED            .00             .00
AMERICAN COLLECTION       NOTICE ONLY       NOT FILED            .00             .00
AMERICAN INVESTMENT BANK  UNSECURED         NOT FILED            .00             .00
BANKCARD CENTER           UNSECURED         NOT FILED            .00             .00
CIRCLEVIEW APARTMENTS     UNSECURED         NOT FILED            .00             .00
ASPIRE                    UNSECURED          1010.66             .00             .00
COMCAST                   UNSECURED         NOT FILED            .00             .00
CRED PROTECTION ASSOCIAT  NOTICE ONLY       NOT FILED            .00             .00
PREMIER BANCARD CHARTER   UNSECURED           385.17             .00             .00
HSBC NV                   UNSECURED         NOT FILED            .00             .00
ISAC                      NOTICE ONLY       NOT FILED            .00             .00
AT & T BANKRUPCTY         UNSECURED         NOT FILED            .00             .00
STATEWIDE CREDIT ASSN     UNSECURED         NOT FILED            .00             .00
STATEWIDE CREDIT ASSN     UNSECURED         NOT FILED            .00             .00
TCF BANK                  UNSECURED         NOT FILED            .00             .00
US DEPT OF EDUCATION      UNSECURED          8683.92             .00             .00
WHOLISTIC HEALTH CENTER   UNSECURED         NOT FILED            .00             .00
LEEDERS & ASSOCIATES LTD  DEBTOR ATTY        2,189.00                          814.03
TOM VAUGHN                TRUSTEE                                              478.32
DEBTOR REFUND             REFUND                                                 .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 8,662.40

PRIORITY                                          .00
SECURED                                      4,661.33
    INTEREST                                 2,708.72

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 03099 CHERRESE L BARBER
```

```
UNSECURED                                                            .00
ADMINISTRATIVE                                                    814.03
TRUSTEE COMPENSATION                                              478.32
DEBTOR REFUND                                                        .00
                                        ----------------    ----------------
TOTALS                                         8,662.40           8,662.40
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 09/24/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                        PAGE   2
        CASE NO. 06 B 03099 CHERRESE L BARBER